JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAO TAI ELECTRONICS CO., LTD, a Taiwanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEDUP ENTERPRISE, INC., a California corporation; LOWE'S HIW, INC., a Washington Corporation; THE HOME DEPOT U.S.A., INC., a Delaware corporation; MARTHA STEWART LIVING OMNIMEDIA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: CV12-10137 R-MRW<br><br>**JUDGMENT GRANTING DEFENDANT LOWE'S HIW, INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE '287 PATENT**<br><br>Hon. Manuel L. Real<br><br>[Action filed: November 28, 2012] |

[PROPOSED] JUDGMENT

Having fully considered Defendant Lowe's HIW, Inc.'s, now known as Lowe's Home Centers, LLC ("Lowe's"), Motion for Summary Judgment of Invalidity of the '287 patent, LedUp Enterprise, Inc.'s ("LedUp") Joinder of Lowe's Motion, Plaintiff Chao Tai Electronics Co., Inc.'s ("Plaintiff") response thereto, Lowe's reply, the declarations, exhibits, and memorandum submitted therewith, and the relevant authorities cited,

IT IS HEREBY ORDERED, JUDGED AND DECREED:

1. U.S. Patent No. 7,301,287 is anticipated by U.S. Patent No. 6,972,528 and is, therefore, invalid.

2. Defendants Lowe's and LedUp are entitled to summary judgment of invalidity of U.S. Patent No. 7,301,287 as a matter of law.

3. Defendant Lowe's Motion for Summary Judgment of invalidity is granted.

4. For each cause of action alleged in the First Amended Complaint of Patent Infringement, judgment is entered against Plaintiff and in favor of Defendants Lowe's and LedUp, for each counterclaim of invalidity asserted by Defendants Lowe's and LedUp, judgment is entered against Plaintiff and in favor of Defendants Lowe's and LedUp, and Chao Tai's First Amended Complaint is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 4, 2014

Manuel L. Real, U.S. District Judge