# Hunter + Geist, Inc.
1900 Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966   Fax: (303) 832-9525

Job #: 131126BCRIRVIN
Job Date: 11/26/13
Order Date: 11/26/13
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: LedUP Enterprise

## Invoice

Invoice #: 105545
Inv.Date: 12/03/13
Balance: $1,262.52

**Bill To:**
J. Mark Smith, Esq.
Pendleton Wilson Hennessey & Crow P.C.
1875 Lawrence Street
10th Floor
Denver, CO 80202

Action: Chao Tai Electronics Co., Ltd.
vs
Ledup Enterprise, Inc., et al.
Action #: CV-12-10137-R-MRW
Rep: Barkley - Irvine
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Chen Sheng Yang | Original Certified Transcript | $1,050.90 |
| 2 | Chen Sheng Yang | Realtime/Rough Draft | $130.50 |
| 3 | Chen Sheng Yang | Scanned Exhibits | $81.12 |
| 4 | Chen Sheng Yang | Word Index - NO CHARGE | $0.00 |

Comments:

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $1,262.52 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,262.52 |
| Payment | $0.00 |
| Balance Due | $1,262.52 |

Federal Tax I.D.: 84-0835207     Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

Bill To:
J. Mark Smith, Esq.
Pendleton Wilson Hennessey & Crow P.C.
1875 Lawrence Street
10th Floor
Denver, CO 80202

Deliver To:
J. Mark Smith, Esq.
Pendleton Wilson Hennessey & Crow P.C.
1875 Lawrence Street
10th Floor
Denver, CO 80202

## Invoice

Phone: (303) 832-5966
Fax: (303) 832-9525

Hunter + Geist, Inc.
1900 Grant Street
Suite 1025
Denver, CO 80203

Invoice #: 105545
Inv.Date: 12/03/13
Balance: $1,262.52
Job #: 131126BCRIRVIN
Job Date: 11/26/13
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: LedUP Enterprise



**I am an invoice.
Take me to your accounts
payable department.**

| | |
|---|---:|
| Invoice No. | **A1312398** |
| Invoice Date | **December 19, 2013** |
| Invoice Due | **January 18, 2014** |
| Invoice Total | **760.46** |
| Balance Due | **760.46** |

Network Deposition Services, Inc.
1875 Century Park East • Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 • (800) 788-2021
Fax (310) 557-3555 • networkdepo.com

Pendleton, Wilson, Hennessey & Crow, P.C.
Attention: J. Mark Smith, Esq.
1875 Lawrence Street
Tenth Floor
Denver, CO 80202

Make checks payable to Network Deposition Services, Inc. • Our tax ID # is 77-0591481. • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| Noticing firm | Hunton & Williams LLP - Los Angeles | | | | |
|---|---|---|---|---|---|
| Noticed by | Michael A. Oakes, Esq. | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| Deposition of | Yang Chen Sheng - Volume 3 | | | | |
| Caption | Chao Tai Electronics Co., LTD., a Taiwanese corporation, Plaintiff, vs. Ledup Enterprises, Inc., a California corporation; Lowe's HIW, Inc., a Washington corporation; The Home Depot U.S.A., Inc., a Delaware corporation; Martha Stewart Living Omnimedia, Inc., a Delaware corporation; and Does 1 through 10, inclusive, Defendants. | CV12-10137-R-MRW | 159007 | | 12-11-2013 |

| Description of Service | Quantity | Units | Price | Extended |
|---|---:|---|---:|---:|
| Rough ASCII - copy | 91 | Pages | 1.25 | 113.75 |
| Transcript Copy - Business Litigation | 91 | Pages | 2.95 | 268.45 |
| Exhibit Copies | 77 | Pages | 0.50 | 38.50 |
| Separate binding of confidential section | 1 | Volumes | 25.00 | 25.00 |
| Technology and Litigation Support Package | 1 | | 30.00 | 30.00 |
| Transcript Production, Processing and Binding | 1 | | 40.00 | 40.00 |
| Delivery and Handling of Transcript Copy | 1 | | 30.00 | 30.00 |
| 3 business day expedite (80%) - Copy - Business Litigation | 91 | Pages | 2.36 | 214.76 |

NDS Invoice version 3.1                Detach lower portion and return with your payment.

Payment From
Pendleton, Wilson, Hennessey & Crow, P.C.
Attention: J. Mark Smith, Esq.
1875 Lawrence Street
Tenth Floor
Denver, CO 80202

Write notes or address changes below

| | |
|---|---:|
| Invoice No. | **A1312398** |
| Invoice Date | December 19, 2013 |
| Late After | January 18, 2014 |
| Total Due | 760.46 |
| Amount Enclosed | |

Mail Payment To

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067



| | | I am an invoice. Take me to your accounts payable department. | Invoice No. | Page 1 of 2 A1312393 |
| | | | Invoice Date | December 19, 2013 |
| | | | Invoice Due | January 18, 2014 |
| | | | Invoice Total | 1,021.17 |
| | | | Balance Due | 1,021.17 |

Network Deposition Services, Inc.
1875 Century Park East • Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 • (800) 788-2021
Fax (310) 557-3555 • networkdepo.com

Pendleton, Wilson, Hennessey & Crow, P.C.
Attention: J. Mark Smith, Esq.
1875 Lawrence Street
Tenth Floor
Denver, CO 80202

Make checks payable to Network Deposition Services, Inc. • Our tax ID # is 77-0591481. • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| Noticing firm | Hunton & Williams LLP - Los Angeles | | | | |
|---|---|---|---|---|---|
| Noticed by | Michael A. Oakes, Esq. | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| Deposition of | Yang Chen Sheng - Volume 2 | | | | |
| Caption | Chao Tai Electronics Co., LTD., a Taiwanese corporation, Plaintiff, vs. Ledup Enterprises, Inc., a California corporation; Lowe's HIW, Inc., a Washington corporation; The Home Depot U.S.A., Inc., a Delaware corporation; Martha Stewart Living Omnimedia, Inc., a Delaware corporation; and Does 1 through 10, inclusive, Defendants. | CV12-10137-R-MRW | 159006 | | 12-10-2013 |

| Description of Service | Quantity | Units | Price | Extended |
|---|---|---|---|---|
| Rough ASCII - copy | 132 | Pages | 1.25 | 165.00 |
| Transcript Copy - Business Litigation | 132 | Pages | 2.95 | 389.40 |
| Exhibit Copies | 57 | Pages | 0.50 | 28.50 |
| Color Exhibit Copies | 1 | Pages | 1.75 | 1.75 |
| Separate binding of confidential section | 1 | Volumes | 25.00 | 25.00 |
| Technology and Litigation Support Package | 1 | | 30.00 | 30.00 |
| Transcript Production, Processing and Binding | 1 | | 40.00 | 40.00 |
| Delivery and Handling of Transcript Copy | 1 | | 30.00 | 30.00 |

NDS Invoice version 3.1     Detach lower portion and return with your payment.

Payment From
Pendleton, Wilson, Hennessey & Crow, P.C.
Attention: J. Mark Smith, Esq.
1875 Lawrence Street
Tenth Floor
Denver, CO 80202

Write notes or address changes below

| Invoice No. | A1312393 |
|---|---|
| Invoice Date | December 19, 2013 |
| Late After | January 18, 2014 |
| Total Due | 1,021.17 |
| Amount Enclosed | |

Mail Payment To

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067



| | | | | |
|---|---|---|---|---|
| Invoice No. | | | | A1312393 |
| Invoice Date | | | | **December 19, 2013** |
| Invoice Due | | | | **January 18, 2014** |
| Balance Due | | | | **1,021.17** |

Network Deposition Services, Inc.
See page 1 for contact information

| | | | | | |
|---|---|---|---|---|---|
| Noticing firm | Hunton & Williams LLP - Los Angeles | | | | |
| Noticed by | Michael A. Oakes, Esq. | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| Deposition of | Yang Chen Sheng - Volume 2 | | | | |
| Caption | Chao Tai Electronics Co., LTD., a Taiwanese corporation, Plaintiff, vs. Ledup Enterprises, Inc., a California corporation; Lowe's HIW, Inc., a Washington corporation; The Home Depot U.S.A., Inc., a Delaware corporation; Martha Stewart Living Omnimedia, Inc., a Delaware corporation; and Does 1 through 10, inclusive, Defendants. | CV12-10137-R-MRW | **159006** | | 12-10-2013 |

| Description of Service | Quantity | Units | Price | Extended |
|---|---|---|---|---|
| 3 business day expedite (80%) - Copy - Business Litigation | 132 | Pages | 2.36 | 311.52 |



**languageselect**®
A Professional Interpreting Company

7590 North Glenoaks Boulevard, Suite 100
Los Angeles, California 91504
FEIN 26-4505092

# Invoice Copy

68844

Mark Smith, Esq.
Pendleton Wilson Hennessey & Crow
1875 Lawrence St, 10th Floor
Denver, Colorado 80202

Client ID # 10661

Valued Language Select Customer Since November 2013. Thank you for your business.

| Date of Service | Job Description | Rate | Amount |
|---|---|---|---|
| 11/26/2013 | Mandarin Interpreter<br>Deposition:Chao Tai Electronic Co v Ledup<br>9:00AM-4:55PM | $975.00 | $975.00 |
| 11/26/2013 | Additional Hours after 6 hours | $175.00 Per hour x 2 hours | $350.00 |
| 11/26/2013 | Parking Fee | $18.00 | $18.00 |

| Calendar Manager: | Andrea Rios | **Total Amount Due:** | $1,343.00 |
|---|---|---|---|
| | 800.200.6763 | **Net 30 Days** | |
| | arios@languageselect.com | A fee of 1.5% may be applied to unpaid invoices over 30 days | |

..........Please fold and tear at the perforation and remit with your payment. Thank you..........

We accept Visa, MasterCard, Discover, and American Express. Please contact our Calendar Manager to pay by credit card or for any questions.

**Total Amount Due:** $1,343.00
**Invoice Date:** 11/26/2013
**Payment Due Date:** 12/26/2013

**Invoice #:** 68844
**Client Name:** Pendleton Wilso
**Client ID:** Client ID # 1066

Please make check payable to:

Language Select LLC
Attn: Accounts Receivable
7590 North Glenoaks Blvd. Suite 100
Los Angeles, California 91504